# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153110(96)

NL VENTURES VI FARMINGTON, LLC,
      Plaintiff-Appellant,

v

CITY OF LIVONIA,
      Defendant-Appellee.

_____/

SC: 153110
COA: 323144
Wayne CC: 13-004863-CZ

On order of the Chief Justice, the motion of the Detroit Water and Sewerage Department and the Great Lakes Water Authority for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 21, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2017



Clerk